IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY 10 AM 10: 26

CLERK _____
SO. DIST. OF GA

Craig R. Sumter           ,

Plaintiff

vs.

Creighton R. Hussey           ,

Defendant

Civil Case No:_____

**CV 416 - 109**

Complaint: Tort, Assault, Battery, Aggravated Assault, False Imprisonment, Stalking, Harassment, Terroristic Threats, Invasion of Privacy, Fraud, Obstruction of Justice, Defamation, Negligence, Conspiracy

Diversity Jurisdiction [28 U.S.C. §1332] Federal court jurisdiction is appropriate for this case because the Plaintiff is a citizen of a different state than the Defendant and the matter in controversy exceeds the sum or value of $75,000.00.

1. My name is Craig R. Sumter, I am the Plaintiff in this matter. My address is: GDC #1282039, Wheeler Correctional Facility, P.O. Box 466, Alamo, GA 30411-0466.

2. The Defendant is Creighton R. Hussey, who resides at: 6800 York Ave. S., Apt. 522, Edina, MN 55435.

3. Defendant physically attacked Plaintiff October 19, 2013 in Plaintiff's apartment by sitting on top of him and therefore restraining him while he beat Plaintiff using his fists and held Plaintiff's throat rendering him unconscious. This is aggravated assault, battery, and false imprisonment.

Page 2 of 7

From this physical attack, Plaintiff suffered permanent disfigurement to his right cheek in the form of a scar. Plaintiff also suffered emotional distress and considerable pain.

4. On or around December 4, 2013 Defendant was sighted by Plaintiff making an egress from Plaintiff's apartment building, Icon City Apartments, which can only be construed as stalking. This is trespassing and intentional tort.

5. On or around August 5, 2014 Defendant was again sighted outside Plaintiff's apartment building, this time in a black truck. It is apparent that Defendant formed a pattern of stalking Plaintiff. This caused Plaintiff emotional distress.

6. On or around August 20, 2014 Defendant hacked Plaintiff's Google Drive and Gmail accounts on multiple occasions, deleting pictures, emails, and evidence Plaintiff had relating to Defendant's attack on Plaintiff and also evidence Plaintiff had relating to the crimes of the Defendants of another lawsuit, Leonard and Gloria Sumter. This is stalking, invasion of privacy, and obstruction of justice.

7. On or around October 30, 2014 Defendant hacked Plaintiff's Southwest Airlines account maliciously canceling Plaintiff's flight reservations. This happened a second time and Defendant admits to both instances under oath. This costed Plaintiff approximately $2,000 and frightened him causing him emotional distress.

Page 3 of 7

8. On or around January 27, 2015 Defendant called Plaintiff's phone approximately (9) nine times in one day, harassing him and leaving a threatening voicemail in which he said, "Apparently you don't know how this works." This caused Plaintiff emotional distress.

9. On or around February 5, 2015 Defendant told Plaintiff he wasn't going to let him sue Leonard and Gloria Sumter and threatened Plaintiff's life. This is a terroristic threat.

10. February 19, 2015 Plaintiff filed for and was granted a Temporary Protective Order in Fulton County Georgia. Obviously being guilty, he decided not to contest, but instead maliciously filed a retaliatory restraining order April 1, 2015 in Minnesota. This is harassment and it violates the RICO Act [18 USCS §1513] by retaliating against a victim, as well as violates Plaintiff's civil rights according to 42 U.S.C. §1985.

11. Plaintiff defriended and blocked Defendant on Facebook but somehow Defendant still managed to obtain Plaintiff's posts. Defendant provided as an Exhibit to the Affidavit he filed April 1, 2015, a Facebook post made by Plaintiff February 19, 2015. The post was printed only "5 minutes" after Plaintiff posted it, indicating Defendant was stalking Plaintiff using social media. Since Defendant was defriended and blocked, Defendant either created another account to view Plaintiff's Facebook page or else hacked Plaintiff's

account. This frightens Plaintiff as he has no privacy.

12. Plaintiff posted to his Facebook page a picture of his mangled face from the night Defendant beat him up. Defendant hacked Plaintiff's Facebook account, deleting posts and eventually deleting Plaintiff's page. This is invasion of privacy, stalking and harassment.

13. Defendant filed an Affidavit April 1, 2015 in support of his petition for an Ex Parte Harassment Restraining Order in which he commits felony perjury approximately (15) fifteen times. This is "fraud-in-the-inducement" because a Judge granted the Harassment Restraining Order based on Defendant's false statements. Defendant's perjurious statements are defamatory and Plaintiff suffered loss of reputation both professionally and personally.

14. Defendant obtaining the restraining order under false pretense is "fraud-in-fact" because it is deceit and making a false representation with an evil intent that caused injury to Plaintiff. Defendant attempted to evade a lawsuit and criminal charges by having it intentionally served to an address where he knew Plaintiff did not live. This triggered a technical parole violation, resulting in Plaintiff's arrest.

Plaintiff served Creighton Hussey with a Temporary Protective Order filed February 19, 2015 which included Plaintiff's correct address. When responding, Creighton Hussey sent his response

Page 5 of 7

to Plaintiff's new and correct address.  Yet when Defendant filed a Harassment Restraining Order five weeks later in Minnesota, he deceptively states in the service instructions, "If address is not current, please note that Craig Sumter is on parole in Georgia until May 21, 2018.  His parole office is the North Fulton office, and its phone number is (404) 532-9440."

Defendant's intent was to harm Plaintiff by filing the Harassment Restraining Order.  In civil law, someone's intent to harm another, by one or more acts that would otherwise be lawful resulting in damages, is a prima facie tort.  It is also harassment and a perversion of the judicial system.

15.  Plaintiff posted a picture of himself, beat up, from the night Defendant attacked him, to his Twitter page.  After being arrested, Plaintiff learned Defendant hacked and deleted Plaintiff's Twitter account.  This is invasion of privacy and obstruction of justice as Defendant is attempting to eliminate all evidence of his physical attack on Plaintiff.  This aggressive and threatening pattern has Plaintiff fearful for his life.

16.  Creighton Hussey takes the mood stabilizer Celexa.  He informed Plaintiff, prior to arriving in Atlanta for work in October 2013, that he had stopped taking his prescribed medication.  Defendant was negligent not to take his medication.

17.  On or around March 22, 2016 Plaintiff received a letter from

Leonard Sumter in which he confirms Defendant physically attacked Plaintiff and implies a lawsuit filed against Defendant would have negative consequences for Plaintiff. Plaintiff received confirmation from Leonard and Gloria Sumter via text message on or around March 20, 2014 that they hired Defendant for an undisclosed matter. Defendant and Leonard and Gloria Sumter conspired to violate Plaintiff's civil rights by obstructing justice and hindering or preventing litigation. This violates 42 U.S.C. §1985.

## STATEMENT OF RELIEF BEING SOUGHT

WHEREFORE, Plaintiff demands judgement against Defendant for the sum of $ 125,000. , together with interest and the costs of this action.

Signed this ___5th___ day of ___May_____, 2016.

_____ s/s/16
Signature of Plaintiff, pro se

Page 7 of 7

STATE OF GEORGIA
COUNTY OF WHEELER

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON ___May 5th, 2016___

C. R. ~~~~ ___5/5/16___
Signature of Plaintiff, pro se

Craig R. Sumter
GDC # 1282039
Wheeler Correctional Facility
P.O. Box 466
Alamo, GA 30411-0466

Sworn to and subscribed before me, this
___05___ day of ___MAY___, 2016,

___Sherry Travis___
Notary Public

My commission expires! ___06/24/17___

SHERRY TRAVIS
NOTARY
Comm. Exp.
6/24/17
PUBLIC
WHEELER COUNTY, GA

Craig N Sumter
GDC #1282039 Dorm 9N7
Wheeler Correctional Facility
P.O. Box 466
Alamo, GA 30411-0466



Macon P&DC XX 310
FRI 06 MAY 2016    AM

Scott L. Poff, Clerk
US Courthouse
P.O. Box ~~8286~~ 8286
Savannah, GA 31412-8286

CONFIDENTIAL