*l*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CRAIG R. SUMTER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. CV416-108 |
| QUALITY PROJECT MANAGEMENT, LLC | ) ) ) ) |
| Defendant. | ) |

## ORDER

In this diversity action, incarcerated plaintiff Craig Sumter claims that defendant's employee, Creighton Hussey, "physically attacked Plaintiff on October 19, 2013 in Plaintiff's apartment while in Atlanta Georgia for work, under the auspices of Defendant." Doc. 1 at 1-2. Defendant, Sumter contends, "has vicarious liability" for Hussey's actions. *Id.* at 1. He seeks $6,000,000 in damages. *Id.* at 7.

Plaintiff also has filed a separate action in this Court against Hussey based on the same set of facts. *See Sumter v. Hussey*, CV416-109, doc. 1 (S.D. Ga. May 10, 2016) ("*Hussey*"). That complete factual overlap warrants consolidation. *See* Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question of law or fact, the court may: (1) join

for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."); *Hargett v. Valley Fed. Sav. Bank*, 60 F.3d 754, 765-66 (11th Cir. 1995) ("The proper solution to problems created by the existence of two or more cases involving the same parties and issues, simultaneously pending in the same court would be to consolidate them under Rule 42(a)."); *HCC Insurance Holdings, Inc. v. Flowers*, 2016 WL 1192681 at * 2 (N.D. Ga. Mar 21, 2016) (consolidating two cases that arose "out of the [same] circumstances").

Accordingly, the Court **DIRECTS** the Clerk to consolidate this case (CV416-108) into the later filed CV416-109, then close CV416-108. That consolidation eliminates the need for Sumter to pay two filing fees. And since the Court already granted Sumter *in forma pauperis* (IFP) status in *Hussey*, his IFP motion in this matter (doc. 2) is **DENIED AS MOOT**.

**SO ORDERED**, this 18th day of May, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA